Decided October 6, 2004

## ALLSTATE INSURANCE COMPANY *v.* CHRISTINE A. BERUBE ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 84 Conn. App. 464 (AC 24057), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Richard Bruno*, in support of the petition.

*Christopher M. Vossler*, in opposition.

Decided October 6, 2004